FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-1629
_____

CONNIE FRANCES WHIGUM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Clifton Alan Drake, Judge.


September 16, 2024

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Connie Frances Whigum, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.